1   Jeffrey R. Krinsk, Esq. (SBN 109234)
2   jrk@classactionlaw.com
    David J. Harris, Jr. (SBN 286204)
3   djh@classactionlaw.com
4   FINKELSTEIN & KRINSK LLP
    501 West Broadway, Suite 1260
5   San Diego, California 92101
6   Telephone: (619) 238-1333
    Facsimile: (619) 238-5425
7

8   *Counsel for Plaintiffs and*
    *the Class*
9

10

11                  **UNITED STATES DISTRICT COURT**

12                  **CENTRAL DISTRICT OF CALIFORNIA**

13

14  FEDERICO GALAVIS and ZAK              Case No.: 2:18-cv-09490-SVW-PJWx
15  KIRIAKOS, Individually and On Behalf
    of All Others Similarly Situated,     **PLAINTIFFS' NOTICE OF MOTION**
16                                        **AND MOTION FOR FINAL**
17                Plaintiffs,             **APPROVAL OF CLASS ACTION**
                                          **SETTLEMENT**
18        vs.
                                          Hon. Stephen V. Wilson
19
    BANK OF AMERICA, N.A. and VISA,
20  INC.,                                 Hearing
21                                        Date:  April 6, 2020
                                          Time:  1:30 p.m.
22                Defendants.             Place: 350 West 1st Street, Los Angeles, CA
23                                        90012, Courtroom 10A

24

25

26

27

28

1  **TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

2      PLEASE TAKE NOTICE THAT on April 6, 2020, at 1:30 p.m., in Courtroom

3  10A of this Court, located at 350 West First Street, Los Angeles, California, Plaintiffs

4  Federico Galavis and Zak Kiriakos ("Plaintiffs") will and hereby do move this Court

5  for an order pursuant to Fed. R. Civ. P. 23, granting Final Approval of the class action

6  Settlement Agreement (Dkt. 53-1) between Plaintiffs and Defendants Bank of

7  America, N.A. ("BANA") and Visa, Inc. ("Visa"), appointing Finkelstein & Krinsk

8  LLP as Class Counsel, appointing Plaintiffs Federico Galavis and Zak Kiriakos as

9  Class Representatives, and certifying the following Class for Settlement purposes:

10
11
12
> All persons and entities in the United States who, upon acquiring a
> Cryptocurrency between and including June 1, 2016 and September 26,
> 2019, incurred Cash Advance Fees and/or Cash Advance Interest charges
> on credit cards issued by Bank of America, N.A.

13      This Motion is based upon Plaintiffs' concurrently filed Memorandum of Law

14  in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, the

15  Declaration of Peter Sperry on Implementation of Settlement Notice Program, the

16  Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice, and the

17  Declarations of Federico Galavis (Dkt. 58), Zak Kiriakos (Dkt. 55), David J. Harris,

18  Jr. (Dkt. 53), and Cabot Williams (Dkt. 56), and all Exhibits to such Declarations,

19  Plaintiffs' Motion for Attorneys' Fees and Expenses, and Class Representative

20  Service Awards (Dkt. 63-1) and the Declaration of David J. Harris, Jr. in support (Dkt.

21  64), and all Exhibits thereto, as well as the Court's file in this action, any matters of

22  which the Court may take judicial notice, the arguments of counsel, and any

23  supplemental papers filed at or before the hearing on this Motion.

24      This Motion is made following the conference of counsel pursuant to C.D. Cal.

25  L.R. 7-3, which took place on March 9, 2020.

26

27

28

1

1

2    Dated: March 9, 2020                    Respectfully submitted,

3                                            FINKELSTEIN & KRINSK LLP

4

5                                            By:   _s/ David J. Harris, Jr._____
                                                   David J. Harris, Jr., Esq.

6

7                                            djh@classactionlaw.com
                                             501 West Broadway, Suite 1260
8                                            San Diego, California 92101-3579
                                             Telephone: (619) 238-1333
9                                            Facsimile:  (619) 238-5425

10

11                                           *Counsel for Plaintiffs and
                                             the Class*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28